

**THE HONORABLE RICHARD A. JONES**
**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**UNITED STATES COURTHOUSE, LOBBY LEVEL**
**700 STEWART STREET**
**SEATTLE, WASHINGTON 98101**

June 4, 2009

The Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED
2009 JUN 15 P 1:19
FINANCIAL DISCLOSURE OFFICE

Re: **Calendar Year 2008 Filing**

Dear Judge Baldock:

In response to your May 13, 2009 correspondence, please be advised that the asset referenced in Part VII, page 4, line 3 listed as "FBR Direct" was transferred during the calendar year 2008 to National Financial Services, LLC, located ███████ ███████████████████████. During the calendar year 2009, the asset was sold and this sale will be reflected in my Calendar Year 2009 report.

Very truly yours,



The Honorable Richard A. Jones
United States District Court

Jones_Richard_A

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Richard A. | W.D. Washington | 04/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination,    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 <br> to <br> 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 700-Stewart Street <br> Seattle, Washington 98101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | YMCA of Greater Seattle |
| 2. Advisory Board Member | National Center for Courts and Media, National Judicial College |
| 3. Advisory Board Member | Seattle University Access to Justice Institute |
| 4. Board Member | Washington State Minority and Justice Commission |
| 5. Faculty/Instructor | National Judicial College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Washington State Deferred Compensation Plan; pension upon retirement |
| 2. 1994 | Washington State Judicial Retirement Account; pension upon retirement |
| 3. | |

RECEIVED 2009 APR 17 A 11: 16 DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ▆▆▆▆ salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Judicial College | March 30-31, 2008 | Reno, Nevada | Teaching Judges | Transportation, meals and lodging |
| 2. | National Judicial College | October 19-21, 2008 | Reno, Nevada | Teaching Judges | Transportation, meals and lodging |
| 3. | National Center for Courts & Media | November 16-18, 2008 | Reno, Nevada | Advisory Board Meeting | Transportation, meals and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Prevail Credit Union | Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 04/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tully's Stock (common) | | None | J | W | | | | | |
| 2. Tully's Stock (preferred) | | None | J | W | | | | | |
| 3. FBR Direct | | None | J | U | | | | | |
| 4. American Funds: American Balanced | A | Interest | L | T | | | | | |
| 5. American Funds: American Mutual | A | Interest | L | T | | | | | |
| 6. American Funds : Bond Fund of America | B | Interest | M | T | | | | | |
| 7. American Funds: Capital Income Builder | A | Interest | L | T | | | | | |
| 8. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 9. American Funds: Capital World Growth & Income | A | Interest | L | T | | | | | |
| 10. American Funds: Fundamental Investors | A | Interest | L | T | | | | | |
| 11. American Funds: Income Fund of America | A | Interest | L | T | | | | | |
| 12. American Funds: Investment Company of America | A | Interest | L | T | | | | | |
| 13. American Funds: Washington Mutual Investors | A | Interest | L | T | | | | | |
| 14. American Funds: Cash Management Trust of America | D | Interest | J | T | | | | | |
| 15. American Funds: Growth Fund of America | A | Interest | K | T | | | | | |
| 16. American Funds: SMALLCAP World | A | Interest | K | T | | | | | |
| 17. Fidelity Funds: U.S. Value Stock * | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions

Board Member Washington State Bar Association Leadership Institute
Advisory Board Member     Northwest Minority Job Fair Committee
Advisory Board Member     First Year Minority Clerkship Program
Advisory Board Member     University of Washington School of Law Advisory Committee
Advisory Board Member Fairhaven College Law and Diversity Advisory Board
Co-Chair King County Bar Association Rev. Dr. Martin Luther King Luncheon Committee

VII Investments and Trusts.

    18. Fidelity Funds: U.S. Core Stock, Value Code J, Value Method T *
    19. Fidelity Funds: U.S. Value Stock, Value Code K, Value Method T *
    20. Fidelity Funds: U.S. Core Stock, Value Code K, Value Method T *
    21. ICMAI-401k  Value Code K, Value Method T
    22. Principal Finance Group  Value Code J, Value Method T

\* No.s 17 and 18 are Washington State Deferred Compensation Program investments
   No.s 19 and 20 are Washington State Judicial Retirement Account Deferred Compensation investments

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544